```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**DAVID MCGOWAN**                                                              **PLAINTIFF**

VS.                                                  **CIVIL ACTION NO. 3:06CV488-LRA**

**WEXFORD HEALTH SOURCE MEDICAL DEPT., ET AL**                           **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony presented by Plaintiff David McGowan at the omnibus hearing, as well as Defendants' motions and the applicable legal authorities,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and Final Judgment in favor of all Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 24th day of January, 2008.


                              S/ Linda R. Anderson
                         UNITED STATES MAGISTRATE JUDGE